AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Donald Haubrick (AKA: N/A)<br><br><br>*Defendant* | )<br>)  Case: 1:26-mj-00092<br>)  Assigned To : Upadhyaya, Moxila A.<br>)  Assign. Date : 5/27/2026<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Donald Haubrick                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § § 2252(a)(2),(b)(1) (Distribution of Material Involving the Sexual Exploitation of Minors).

Date:      05/27/2026

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/27/2026 , and the person was arrested on *(date)* 5/29/2026 at *(city and state)* Elkton, MD .<br><br>Date: 5/29/2026                                    *Benjamin Bernheimer* Special Agent<br><br>*Arresting officer's signature*<br><br>Benjamin Bernheimer Special Agent<br>*Printed name and title* |